**Order entered October 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00901-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**ANGELA DAWN CLAMPITT, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-81729-2014**

## ORDER

The Court **ORDERS** court reporter Karla Kimbrell to file the reporter's record in this appeal within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to Karla Kimbrell, official court reporter, 380th Judicial District Court, and to counsel for all parties.

/s/     ADA BROWN
            JUSTICE